IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No.  11-cv-03225-RM-KMT

MICHAEL D. GRAVERT,

    Plaintiff,

v.

SHAMROCK FOOD COMPANY,

    Defendant.

_____

**ORDER SETTING TRIAL PREPARATION CONFERENCE**
_____

    IT IS ORDERED that a Trial Preparation Conference is set for **July 1, 2013, at 10:00 am** on the docket of Judge Raymond P. Moore in the U.S. District Court, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado.

    Dated this 29th day of May, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge